**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**PATRICK L. HOUSTON,**

       **Plaintiff**

      **v.**                       **C-1-13-720**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant**

**ORDER**

      This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 20) to which neither party has objected.

      Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is ADOPTED AND INCORPORATED herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 20) plaintiff's case is DISMISSED for lack of prosecution and for failure to obey an Order of the Court.

Pursuant to 28 U.S.C. § 1915(a), the Court CERTIFIES that an appeal of any Order adopting this Report and Recommendation would not be taken in good faith and therefore DENIES plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.*, 105 F.3d 274, 277 (6th Cir. 1997).

This matter is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

s/Herman J. Weber
Herman J. Weber, Senior Judge
United States District Court